|   |   |
|---|---|
|   | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TARA CASH, | CASE NO. C18-0520-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). Plaintiff was the prevailing party on appeal of an agency action and is therefore entitled to an award of attorney fees. (*See* Dkt. Nos. 14, 15.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 16). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $4,547.67, and expenses totaling $6.00. (*See* Dkt. No. 16.)

Subject to any offset allowed under the Department of Treasury Offset Program, payment of this award shall be made payable to Janet Leanne Martinez, based upon Plaintiff's assignment of these amounts to counsel. (*See* Dkt. No. 16-2.) Whether the check is made payable to Plaintiff or counsel, the check shall be mailed to Janet Leanne Martinez at the following address: Douglas Drachler McKee & Gilbrough LLP, 1904 Third Ave. Ste. 1030, Seattle, WA 98101.

ORDER
C18-0520-JCC
PAGE - 1

1        DATED this 14th day of January 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE